IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM DUKES,<br><br>    Plaintiff<br><br>v.<br><br>CHICAGO POLICE SERGEANT JAMES WASHBURN, #20372, CHICAGO POLICE DETECTIVE ROLANDO RODRIGUEZ, #20751 CICERO POLICE DETECTIVE DARLENE SOBCZAK, #123, CICERO POLICE DETECTIVE ROBERT DONEGAN, #488, CICERO POLICE DETECTIVE ALLAN PINEDA, #496, COOK COUNTY STATES ATTORNEY INVESTIGATOR BRIAN KILLACKY, #361, COOK COUNTY, CITY OF CHICAGO, CITY OF CICERO,<br>    Defendants, | Case No. 1:21-cv-03672<br><br>Judge: Hon. Mary M. Rowland<br><br>Magistrate Judge: Hon. Young B. Kim |

## ORDER

    THIS MATTER COMING TO BE HEARD on Defendant Cook County's Motion for Entry of Order in Lieu of Answer, it is hereby ordered as follows: : (1) There is no basis for liability on the part of the County articulated in Plaintiff's complaint; (2) the County remains in this case solely for purposes of indemnification as alleged in Count VIII of Plaintiff's complaint and reserves all of its defenses with respect to Count VIII; and (3) the County is not obligated to answer or otherwise respond to Plaintiff's complaint.

E N T E R:

*[signature: Mary M Rowland]*

MARY M. ROWLAND
United States District Judge

Dated: June 28, 2022